Official Form 417A (12/18)



# FILED

Date: 1/23/22 @ 4:02p via: **email**

Clerk, U.S. Bankruptcy
Tampa Division

**In the United States Bankruptcy Court
For the Middle District of Florida
Tampa Division**

# RECEIVED

JAN 21 2022

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Bankruptcy Case No.: 8:21-bk-04922-CPM**

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):  Peter Ferenc Gedeon

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   - ☐ Plaintiff
   - ☐ Defendant
   - ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   - ☑ Debtor
   - ☐ Creditor
   - ☐ Trustee
   - ☐ Other (describe) _____

### Part 2:  Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: 01/11/2022 Order Confirming Automatic Stay is Not in Effect, See attached Order

2. State the date on which the judgment, order, or decree was entered: _____

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Peter Ferenc Gedeon   Attorney: Peter Ferenc Gedeon
   911 12th Avenue West
   Bradenton, Florida
   941-447-5133

2. Party: _____   Attorney: _____

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_____      Date: __01/21/2022_____
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
Peter Ferenc Gedeon
911 12th Avenue West
Bradenton, Florida
941-447-5133

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[Note to inmate filers: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

ORDERED.

Dated: January 11, 2022

*Catherine M<sup>c</sup>Ewen*

Catherine Peek McEwen
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:

PETER FERENC GEDEON                     CASE NO. 21-bk-04922-CPM
*DBA* PETER GEDEON PHOTOGRAPHY          CHAPTER 13

                    Debtor.
_____/

## ORDER GRANTING MOTION FOR
## ORDER CONFIRMING THE AUTOMATIC STAY IS
## NOT IN EFFECT PURSUANT TO LOCAL RULE 4001-1(c)(2)(B)

**THIS CASE** came on for consideration on the Motion for Order Confirming the Automatic

Stay is not in Effect Pursuant to Local Rule 4001-1(c)(2)(B) ("Motion") (Doc. No. 26) filed by

Specialized Loan Servicing LLC, as servicing agent for The Bank of New York Mellon FKA The

Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed

Certificates, Series 2006-15 (the "Movant"), pursuant to the negative notice provisions of Local

Rule 2002-4. Having considered the Motion and the absence of any record objection to the relief

requested in then Motion, it is

**ORDERED:**

1.    The Motion (Doc. No. 26) is granted.

2.    The automatic stay under 11 U.S.C. §362 of the Bankruptcy Code is confirmed to

be terminated as to Movant's interest in the following property:

**BEGIN AT THE NE CORNER OF LOT 8, BLOCK D, J.N. HARRIS SUBDIVISION A/K/A J.N. HARRIS HEIRS PLAT, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 1, PAGE 125, OF THE PUBLIC RECORDS OF MANATEE COUNTY, FLORIDA, THENCE WEST 115.5 FEET ALONG SOUTH SIDE OF 12TH AVENUE FOR A POINT OF BEGINNING, THENCE WEST 69.5 FEET ALONG THE SOUTH SIDE OF 12TH AVENUE, THENCE SOUTH 83.67 FEET, THENCE EAST 69.5 FEET, THENCE NORTH 83.67 FEET TO POINT OF BEGINNING, BEING A PART OF LOT 8 OF BLOCK "D", J.N. HARRIS SUBDIVISION, LESS THE NORTH 24 FEET.**

**AKA 911 12th Avenue West, Bradenton, FL 34205 ("collateral").**

3.    The automatic stay is modified for the sole purpose of allowing Movant to complete

*in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the

above collateral, to have such other and further *in rem* relief as is just, but the Movant shall not

obtain *in personam* relief against the Debtor.

### ###

Attorney Gavin Stewart is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF APPEAL has been furnished by U.S. Mail to all interested parties listed below on this 23th day of January, 2022.

By: _____

Peter Ferenc Gedeon

Bank of New York Mellon as
Indenture Trustee for CWABS 2006-15
101 Barclay Street,
7 East New York,
New York, 10286

Countrywide Home Loans, Inc.
P.O. Box 660694
Dallas, TX. 75266-0694

CWABS, Inc., ASSET-BACKED CERTIFICATES TRUST 2006-15
4500 Park Granada,
Casablanca, CA. 91302

Specialized Loan Servicing
6200 S. Quebec St.
Greenwood Village,
CO. 80111

Pollack & Rosen P.A.
806 S. Douglas Road
South Tower, Suite 200
Coral Gables, FL .33134

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Synchrony Bank/PPC
PO BOX 965005
Orlando, FL. 32896

PYOD, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Jennifer Francis, Legal Support,
Manatee Tax
1001 3rd Avenue West
Bradenton, FL. 34205

Jon M Waage
Standing Chapter 13 Trustee
PO Box 25001
Bradenton, FL 34206-5001

Bonial & Associates, P.C.
14841 Dallas Parkway, Suit 425
Dallas, TX75254

Stewart Legal Group, P.L.
P.O. Box 5703
Clearwater, FL. 33758