**[Dtrnabk]** [District Transmittal of Notice of Appeal – BK]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:21−bk−04922−CPM
Chapter 13

Peter Ferenc Gedeon
dba Peter Gedeon Photography

_____Debtor(s)_____/

TRANSMITTAL OF NOTICE OF APPEAL TO DISTRICT COURT

This is an appeal pursuant to 28 U.S.C. §158(a) from a judgment, order or decree of the Bankruptcy Court entered in this case.

Notice of Appeal filed by Peter Ferenc Gedeon on January 23, 2022 (Doc. No. 47).

Title of order appealed is Order Granting Motion to Confirm Termination or Absence of Stay (Doc. No. 40) entered on January 11, 2022.

The party or parties included in the appeal to District Court are:

APPELLANT: Peter Ferenc Gedeon PO Box 604 Bradenton, FL 34206

    ATTORNEY: N/A

APPELLEE: Specialized Loan Servicing LLC

    ATTORNEY: Gavin N Stewart PO Box 5703 Clearwater, FL 33758

The items included in this transmittal pursuant to Fed. R. Bankr. P. 8003 are:

    *Notice of Appeal

The debtor's county of residence is Manatee County, Florida.

    DATED on January 24, 2022

FOR THE COURT
Sheryl L. Loesch , Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.