**FILED**
Date: 2/4/22 @ 3:01p   via: **email**
Clerk, U.S. Bankruptcy
Tampa Division

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Peter Ferenc Gedeon, dba Peter
Gedeon Photography

CHAPTER 13

Bankruptcy Case No: 8:21-bk-04922-CPM

## APPELLANT'S STATEMENT OF ISSUES
## AND
## DESIGNATION OF RECORD ON APPEAL

### RELEVANT BACKGROUND

1. This is an appeal from the Bankruptcy Court's Order granting an *Ex-Parte Motion* and *Ex-Parte hearing* declaring that the Automatic Stay is not in effect. (Doc 40).

2. On September 27, 2021 ("Petition Date"), Gedeon filed a Chapter 13 proceeding in the United States Bankruptcy Court, for the Middle District of Florida.

3. On December 3, 2021, Gavin N. Stewart, Esquire on behalf of Specialized Loan Servicing LLC claiming to be an agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET Backed Certificates, Series 2006-15, filed a Motion For Order Confirming The Automatic Stay Is Not In Effect Pursuant To Local Rule 4001-1 (C)(2)(B). (Doc 26)

4. The motion was never served upon, Gedeon the Docket Report shows lack of BNC certificate of service of the motion. (See Docket report 001-006)

5. On December 13, 2021, Gedeon filed a motion to reschedule a confirmation hearing due to COVID-19 symptoms. (Doc 28)

6. On December 20, 2021, the Bankruptcy Judge signed the Order rescheduling the confirmation hearing to March 23, 2022. (Doc 30)

7. On January 11, 2022, the Bankruptcy court has entered an order granting motion that the Automatic Stay is not in effect. (Doc 40)

8. On January 21, 2022, Gedeon filed Notice of Appeal. (Doc 46) and Amended the Notice of Appeal on January 23, 2022, to which the court's order was attached. (Doc 47)

## STATEMENT OF ISSUES ON APPEAL

9. Peter Ferenc Gedeon appeal seeks to address the following issues:

   I. Did the Bankruptcy Court erred and or abused its discretion by conducting an Ex-Parte hearing without the Required Notice of Motion and Notice of Hearing to Gedeon to confirm that the automatic Stay is not in Effect?

   II. Can one corporate entity (Specialized Loan Servicing LLC) represent another corporate entity (The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET Backed Certificates, Series 2006-15) as their alleged agent in the bankruptcy court proceedings?

   III. Did the Bankruptcy Court erred and or abused or abused its discretion by granting the ex-parte motion issuing an ex-parte order dated January 11, 2022?

   /
   /
   /
   /
   /
   /
   /
   /
   /

## DESIGNATION OF RECORD ON APPEAL

10. The following table shall constitute the Appellant's designation of record on appeal:

|   | Docket # | Description | Pages |
|---|---|---|---|
| 1 |  | Docket Report | A001-A006 |
| 2 | 1 | Chapter 13 petition | A007-A016 |
| 3 | 26 | Motion For Order Confirming The Automatic Stay Is Not In Effect Pursuant To Local Rule 4001-1 (C)(2)(B) | A017-A038 |
| 4 | 28 | Motion To Reschedule Video Conference Due To Suffering From Covid-19 Symptoms | A039-A040 |
| 5 | 30 | Order Continuing And Rescheduling Confirmation Hearing And Hearing On Objections To Confirmation | A041 |
| 7 | 40 | Order Granting Motion For Order Confirming The Automatic Stay Is Not In Effect Pursuant To Local Rule 4001-1(C)(2)(B) | A042-A043 |
| 8 | 46 | Notice of Appeal | A044-A047 |
| 9 | 47 | Amended Notice of Appeal with Order attached | A048-A053 |

Dated: February 4, 2022

By: _____
Peter Ferenc Gedeon
911 W. 12th Avenue
Bradenton, FL 34205
941-447-5133

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing APPELLANT'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL was sent by first class U.S. Mail to all interested parties listed below on this 4th day of February, 2022.

By: _____
Peter Ferenc Gedeon
911 W. 12th Avenue
Bradenton, FL 34205
941-447-5133

Bank of New York Mellon as
Indenture Trustee for CWABS 2006-15
101 Barclay Street,
7 East New York,
New York, 10286

Countrywide Home Loans, Inc.
P.O. Box 660694
Dallas, TX. 75266-0694

CWABS, Inc., ASSET-BACKED CERTIFICATES TRUST 2006-15
4500 Park Granada,
Casablanca, CA. 91302

Specialized Loan Servicing
6200 S. Quebec St.
Greenwood Village,
CO. 80111

Pollack & Rosen P.A.
806 S. Douglas Road
South Tower, Suite 200
Coral Gables, FL .33134

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Synchrony Bank/PPC
PO BOX 965005
Orlando, FL. 32896

Page 1 of 2

PYOD, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Jennifer Francis, Legal Support,
Manatee Tax
1001 3rd Avenue West
Bradenton, FL. 34205

Jon M Waage
Standing Chapter 13 Trustee
PO Box 25001
Bradenton, FL 34206-5001

Bonial & Associates, P.C.
14841 Dallas Parkway, Suit 425
Dallas, TX75254

Stewart Legal Group, P.L.
P.O. Box 5703
Clearwater, FL. 33758